IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAMES LEE BALLARD,**

    **Petitioner,**

**v.**                                                                         Case No. 1:22-cv-327-AW-MJF

**STATE OF FLORIDA and ALACHUA**
**COUNTY SHERIFF'S OFFICE,**

    **Respondents.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This is one of James Ballard's many actions filed in this court. All (or most) challenge his continued state detention while he awaits trial on child-molestation charges.[1] In a February 2, 2022 report and recommendation, the magistrate judge recommends dismissal based on *Younger* abstention. ECF No. 14. I have considered the report and recommendation, and I have considered de novo the issues raised in Ballard's objections, ECF No. 17.

I have determined the report and recommendation should be adopted, and I now incorporate it into this order. The clerk will enter a judgment that says, "The petition is dismissed without prejudice." A certificate of appealability is DENIED.

---

[1] A search of Ballard's name in the court's CM/ECF system shows approximately 20 cases filed in 2022 and 2023.

The motion for appointment of counsel (ECF No. 16) is DENIED. Ballard has no constitutional or statutory right to counsel in this circumstance, and in my discretion, I have determined no appointment is appropriate or necessary.

The clerk will close the file.

SO ORDERED on February 27, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge